STATE v. HILL

No. 214 PC.

Case below: 36 N.C. App. 652.

Petition by defendant for writ of certiorari to North Carolina Court of Appeals denied 29 August 1978.

STATE v. LANE

No. 209 PC.

Case below: 36 N.C. App. 565.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.

STATE v. LEWIS

No. 2 PC.

Case below: 37 N.C. App. 233.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978. Motion of Attorney General to dismiss appeal for lack of substantial constitutional question allowed 29 August 1978.

STATE v. McLEOD

No. 162 PC.

Case below: 36 N.C. App. 469.

Petition by defendants for discretionary review under G.S. 7A-31 denied 29 August 1978.

STATE v. MARTIN

No. 217 PC.

Case below: 37 N.C. App. 233.

Petition by defendant for discretionary review under G.S. 7A-31 denied 29 August 1978.